1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing
   12631 E. Imperial Highway, Suite C-115
3  Santa Fe Springs, California 90670
   Tel.: (562) 868-5886
4  Fax: (562) 868-5491
5  E-mail: rohlfing_office@msn.com

6  Attorneys for Plaintiff

7

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11 WAYNE HEIM,                    )  Case No.: CV 07-7030 RC
                                  )
12          Plaintiff,            )  [PROPOSED] ORDER AWARDING
                                  )  EQUAL ACCESS TO JUSTICE ACT
13     vs.                        )  ATTORNEY FEES PURSUANT TO
   MICHAEL J. ASTRUE,             )  28 U.S.C. § 2412(d)
14 Commissioner of Social Security,)
                                  )
15                                )
            Defendant.            )
16 _____)

17

18      Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

20 Lawrence D. Rohlfing, as Plaintiff's assignee and subject to the reservation of

21 rights, the amount of two thousand six hundred fifty dollars and no cents

22 ($2,650.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the

23 above-referenced Stipulation.

24 DATE:
       July 24 408
25                         THE HONORABLE ROSALYN M. CHAPMAN
                           UNITED STATES MAGISTRATE JUDGE
26

                                  -1-

FILED
CLERK, U.S. DISTRICT COURT
JUL 24 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY